# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:11CR287 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| THOMAS E. JOHNSON, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for release to attend a funeral (Filing No. 205). The motion is opposed.

IT IS ORDERED that the Defendant's motion for release to attend a funeral (Filing No. 205) is denied.

DATED this 6th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge